UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

                                                                     Case No.: 6:11-bk-06095-KSJ

FRANK P QUATTROCCHI and                                                 Chapter 7
FRANCINE M QUATTROCCHI,

               Debtor(s)      /

NOTICE OF INTENTION TO SELL
NON – EXEMPT PROPERTY OF THE ESTATE AT PRIVATE SALE

TO: Creditors, Debtor(s) and Parties in Interest:

Lori Patton, the Trustee duly appointed and acting for the above-captioned estate, pursuant to 11 U.S.C. §363, reports that she intends to sell the following described property on or after the 21st day from the date of mailing this Report and Notice under the terms and conditions stated:

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at United States Bankruptcy Court, 135 W. Central Blvd., Suite 950, Orlando, FL 32801, and serve a copy on, Lori Patton, Trustee, PO Box 520547, Longwood, FL 32752 and a copy to United States Trustee Office, 135 W. Central Blvd, Suite 620, Orlando, FL 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

1.    Description of Property: Estate assets as shown below, hereinafter referred to as the "Property"

| Description of Property | Fair Market Value | Value after liens, discounts and exemptions |
|---|---|---|
| 1/3 Remainder Interest in 217 Vincent Lane, Follansbee, West Virginia, Brooke County | $10,000.00 | $10,000.00 |
| **Totals** | **$10,000.00** | **$10,000.00** |

2. <u>Method of Sale</u>: The Property will be sold to a private party on or after November 15, 2011. The name and address of the private party, hereinafter referred to as the "Private Party" is:

   > Frank P Quattrocchi, **DEBTOR**
   > Francine M Quattrocchi, **DEBTOR**
   > 3445 S Atlantic Avenue, Unit 201
   > Cocoa Beach, FL 32931-210

3. <u>Property Information and Insurance</u>: The trustee has valued the Property based upon a current review of tax records for Brooke County, Virginia and current real estate market. The property has not been appraised as an appraisal would be burdensome to the estate. The sales price was determined by the description and condition as reported by the Debtors and allowing for the Debtors' exemptions, costs of pickup, storage, and sale.

4. <u>Terms of the Sale</u>: The selling price to the Private Party is $10,000.00 to be paid in one lump sum payment. The trustee acknowledges receipt of the lump sum payment, the source of which is post petition wages. The trustee makes no representations or warranties regarding the Property. Accordingly, the Property is being sold "AS-IS", "WHERE-IS", "WITH ALL FAULTS and DEFECTS THEREIN", and subject to all liens and encumbrances.

5. <u>The Property is being sold subject to the following liens and encumbrances</u>:
   Lien holder name & address                Amount of Lien
   **NO KNOWN LIENS OR ENCUMBRANCES**

The trustee has noted all liens of which she has knowledge. However, the Trustee has not performed a judgment or lien search. The property is being sold subject to any and all liens of record, as well as any and all easements, restrictions and reservations of record, and back taxes, if any, and current and subsequent taxes. Buyer is responsible for checking marketability of title prior to date of sale.

---

**NOTICE:** For items subject to Florida Sales tax, if an exemption or waiver is sought, a Resale or Consumer Exemption Certificate will be required upon the sale. The certificate must bear the name and address of the purchaser, the effective date and the number of the dealer's certificate of registration, and the dealer's signature. If a resale certificate is not presented when required, sales tax will be collected. The tax shall be added to the sales price and the amount of the tax shall be separately stated as Florida tax on any charge tickets, sales slips, invoices or other tangible evidence of sale, and shall be a debt from the purchaser or consumer to the Trustee. If a titled vehicle is involved, buyer is responsible for paying sales tax to the Tag Agency unless the vehicle is being sold to the debtor.

The trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth below and / or a favorable disposition of any objections to the sale. The trustee, until the expiration of the time with which parties may object to the proposed sale, will entertain any higher bids for the purchase of the Property being sold. Such bids much be accompanied by a deposit of one hundred percent (100%) of the proposed higher purchase price. The proposed purchase price must be higher than the Fair Market Value. Any higher bid must be received by the Trustee at the address listed below no later than twenty one (21) days from the date of this notice. Inspection of the Property may be arranged by contacting the Trustee. Should a higher bid be received, the trustee will conduct a telephonic auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated: October 24, 2011

                                                /s/ Lori Patton, Trustee
                                                Lori Patton, Trustee
                                                PO Box 520547
                                                Longwood, FL 32752
                                                Office: (407) 937-0936
                                                Facsimile: (407) 937-2236
                                                E-Mail: trustee@trusteepatton.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished by regular U.S. Mail, postage prepaid, or electronic file transfer to all parties on the mailing matrix, which is attached to the original of this document and filed with the Court, and the United States Trustee, 135 W Central Blvd, Suite 620, Orlando, Florida 32801 this October 24, 2011.

                                                /s/ Lori Patton, Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:11-bk-06095-KSJ<br>Middle District of Florida<br>Orlando<br>Mon Oct 24 16:44:10 EDT 2011 | American Education Services<br>PO Box 2461<br>Harrisburg, PA 17105-2461 | Apostle Clothing Company Inc<br>7720 N Wichkham Rd<br>Suite 116<br>Melbourne FL 32940-8295 |
| BB&T<br>1300 S Babcock St<br>Melbourne, FL 32901-3067 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | BB&T<br>c/o Foster & Klinkbeil<br>Attn Tompkins A Foster, Esq<br>PO Box 3108<br>Orlando, FL 32802-3108 |
| BB&T Bankcard Corporation d/b/a BB&T Financi<br>Foster & Klinkbeil, P.A.<br>P.O. Box 3108<br>Orlando, FL 32802-3108 | BB&T Recovery<br>PO Box 1847<br>Wilson, NC 27894-1847 | Bank of America<br>450 American St<br>Simi Valley, CA 93065-6285 |
| Bank of America<br>Home Loan Srv, LP<br>PO Box 650225<br>Dallas, TX 75265-0225 | Bank of America Home Loans<br>P.O. Box 5170<br>Simi Valley, CA 93062-5170 | Brevard County Tax Collector<br>Attn: Honorable Lisa Cullen, CFC<br>Post Office Box 2500<br>Titusville FL 32781-2500 |
| Brevard County Tax Collector<br>Attn: Lisa Cullen, CFC<br>Post Office Box 2500<br>Titusville, FL 32781-2500 | Chase<br>10790 Rancho Bernardo Road<br>San Diego, CA 92127-5705 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| Chase Home Loan<br>PO Box 9001871<br>Louisville, KY 40290-1871 | Dustin & Janny Smith<br>6440 Borasco Drive<br>Melbourne, FL 32940-6128 | E*Trade Bank<br>Law Offices of Daniel C. Consuegra<br>Steve D. Tran<br>9204 King Palm Dr<br>Tampa, FL 33619-1328 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 | Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Tompkins A Foster<br>Foster & Klinkbeil PA<br>Post Office Box 3108<br>Orlando, FL 32802-3108 | Gurkamel & Harleen Aujla<br>255 Spring Drive<br>Merritt Island, FL 32953-4027 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Centralized Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Jacob Quattrocchi<br>2774 Gray Fox Lane<br>Orlando, FL 32826-3693 |
| James & Jerrie McKay<br>2960 Denhanm Road<br>Cocoa, FL 32926-4406 | Jeffrey Deery<br>Winderweedle, Haines, et al<br>390 N Orange Ave, Suite 1391<br>Orlando, FL 32801-1640 | Joseph Quattrocchi<br>PO Box 131343<br>Carlsbad, CA 92013-1343 |

| | | |
|---|---|---|
| Matthew Development Corp<br>c/o Boardwalk of Suntree Ptn<br>PO Box 410999<br>Melbourne, FL 32941-0999 | David R McFarlin<br>Wolff, Hill, McFarlin & Herron, P.A<br>1851 West Colonial Drive<br>Orlando, FL 32804-7013 | NIKE USA<br>c/o Continental Recovery Srv<br>2051 Royal Avenue<br>Simi Valley, CA 93065-4679 |
| National CollegiateTrust<br>Customer Service<br>PO Box 848109<br>Boston, MA 02284-8109 | Lori Patton, Trustee<br>P.O Box 520547<br>Longwood, FL 32752-0547 | Paul Fontenot<br>780 Second Street<br>Merritt Island, FL 32953-3202 |
| Francine M Quattrocchi<br>3445 S Atlantic Avenue, Unit 201<br>Cocoa Beach, FL 32931-2105 | Frank P Quattrocchi<br>3445 S Atlantic Avenue, Unit 201<br>Cocoa Beach, FL 32931-2105 | Cliff Shuler<br>Cliff Shuler, Auctioneers & Liquidators<br>422 Julia Street<br>Titusville, FL 32796-3523 |
| Space Coast Credit Union<br>8045 N Wickham Road<br>Melbourne, FL 32940-7920 | Space Coast Credit Union<br>PO Box 419002<br>Melbourne, FL 32941-9002 | Tina Wysong<br>1367 Gary Drive<br>Merritt Island, FL 32952-5109 |
| Steve Dinh Tran<br>Law Offices of Daniel C Consuegra, PL<br>9204 King Palm Drive<br>Tampa, FL 33619-1328 | United States Trustee - ORL7<br>135 W Central Blvd., Suite 620<br>Orlando, FL 32801-2440 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BB&T
Bankruptcy Dept
PO Box 1847
Wilson, NC 27894-1847

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Florida Dept. of Revenue<br>Bankruptcy Unit<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | (u)Karen S. Jennemann<br>Orlando | End of Label Matrix<br>Mailable recipients   43<br>Bypassed recipients    2<br>Total                  45 |